

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00033-CR

| | | |
|---|---|---|
| Lawrence Donovan | § | From the 371st District Court |
| | § | of Tarrant County (0930630D) |
| | § | March 13, 2014 |
| | § | Opinion by Justice Gabriel |
| v. | § | Dissent by Judge Dauphinot |
| | § | Concurrence and Dissent by Judge Walker |
| | § | (en banc) |
| The State of Texas | § | (p) |

## JUDGMENT ON EN BANC RECONSIDERATION

We withdraw our July 26, 2012 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Gabriel_____
      Justice Lee Gabriel